UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

MARTHA PATRICIA CONTEH
Debtor

Chapter 13

Case No.  13-12300-RGM

ORDER CONFIRMING MODIFIED PLAN

The Chapter 13 Modified Plan filed by Martha Patricia Conteh on November 3, 2014, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**
    (1)    the Plan as filed or modified is CONFIRMED.
    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.
    (3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee.  All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

1

**Order Confirming Modified Plan**
Martha Patricia Conteh
**Case #13-12300-RGM**

       (4)     Beginning on June 19, 2013, the Debtor has paid to date the total amount of $8,625.00, and beginning on November 19, 2014 and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN  38101-1553 the sum of $1,685.00 per month in order to pay all creditors back at 100% of all allowed claims. Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.

       (5)     The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income.  Failure to timely comply with this provision shall be grounds for dismissal.

       (6)     Any lien avoidance actions(s) contemplated by Section 7(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.

Dated: Dec 8 2014

/s/ Robert G. Mayer
_____
Robert G. Mayer
United States Bankruptcy Judge

eod 12/9/2014 sas

Confirmation Recommended.

_/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

SEEN AND AGREED:

_/s/ Nathan Dee Baney_____
Nathan Dee Baney
Attorney for Debtor
Surovell, Isaacs & Peterson & Levy
4010 University Ave., 2nd Floor
Fairfax, VA 22030

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**Order Confirming Modified Plan**
Martha Patricia Conteh
**Case #13-12300-RGM**

**PARTIES TO RECEIVE COPIES**

Martha Patricia Conteh
Chapter 13 Debtor
4626 Odessa Drive
Alexandria, VA  22309

Nathan Dee Baney
Attorney for Debtor
Surovell, Isaacs & Peterson & Levy
4010 University Ave., 2nd Floor
Fairfax, VA 22030

Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314